UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Mark Palmer,<br><br>               Plaintiff,<br><br>v.<br><br>CBCS National,<br><br>               Defendant. | Civil Action No.: 3:09-cv-02079-MRK |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Defendant CBCS National with prejudice.

| Mark Palmer | CBCS National |
|---|---|
| /s/ Sergei Lemberg | /s/ Joshua Aaron Yahwak |
| Sergei Lemberg, Esq. (425027) | Joshua Aaron Yahwak, Esq. (25138) |
| LEMBERG & ASSOCIATES | Law Offices of Brian J. Farrell Jr. - NH |
| 1100 Summer Street, 3rd Floor | 555 Long Wharf Dr., 9th Fl. |
| Stamford, CT 06905 | New Haven, CT 06511 |
| (203) 653-2250 | (203) 782-4107 |
| Attorney for Plaintiff | Attorney for Defendant |

_____

SO ORDERED